AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| C.M., on his own behalf and on behalf of his minor child, D.V <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 5:21-CV-234-JKP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ashley Chapman Hoff
United States Attorney for the Western District of Texas
601 Northwest Loop 410 #610,
San Antonio, TX 78216
(210) 384-7100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Malinda A. Gaul
Gaul and Dumont
315 East Euclid Avenue
San Antonio, Texas 78212
(210) 225-0685

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date: __03/09/2021__



*Signature of Clerk or Deputy Clerk*