UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

C.M., et al.

vs.

UNITED STATES OF AMERICA

Case No.: 5:21-cv-00234

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Peter S. Rukin, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) RUIKIN HYLAND & RIGGIN LLP with offices at:

    Mailing address: 1939 Harrison Street, Suite 290

    City, State, Zip Code: Oakland, CA 94612

    Telephone: 415-421-1800   Facsimile: 415-421-1700

2. Since December 1, 1995, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 178336.

3. Applicant has been admitted to practice before the following courts:

    Court: See Attachment.

    Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
None.

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
None.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Malinda A. Gaul - Gaul and Dumont

Mailing address: 315 East Euclid Avenue

City, State, Zip Code: San Antonio, Texas 78212

Telephone: 210-225-0685

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Peter S. Rukin to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Peter S. Rukin
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of _____, _____.

Peter S. Rukin
[printed name of Applicant]

[signature of Applicant]

## PETER RUKIN

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| **State:** | | |
| California | December 1, 1995 | Yes |
| New York | June 1998 | Yes |
| Illinois | November 7, 1991 | Yes |
| **District Courts:** | | |
| Central District of California | April 26, 2005 | Yes |
| Eastern District of California | January 20, 2000 | Yes |
| Northern District of California | February 16, 2000 | Yes |
| Southern District of New York | February 24, 1998 | Yes |
| Eastern District of New York | February 5, 1998 | Yes |
| Northern District of Illinois | July 17, 1993 | Yes |
| **Circuit Courts:** | | |
| Ninth Circuit Court of Appeals | December 31, 2002 | Yes |
| **Supreme Court:** | | |
| United States Supreme Court | August 8, 1998 | Yes |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

C.M., et al.

vs.

UNITED STATES OF AMERICA

Case No.: 5:21-cv-00234

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Peter S. Rukin, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Peter S. Rukin may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Peter S. Rukin, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE