IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **C.M., on his own behalf and on behalf of his minor child, D.V.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | Civil Action No. 5:21-cv-00234-JKP-ESC |

**ORDER GRANTING MOTION TO PROCEED
UNDER PSEUDONYM AND FOR A PROTECTIVE ORDER**

Upon consideration of Plaintiff C.M.'s Motion to Proceed Under Pseudonym and For a Protective Order,

**IT IS ORDERED** that the Motion is **granted**. Accordingly:

1. Plaintiff is granted leave to proceed in this matter under a pseudonym;

2. Defendant shall not publicly disclose the name or personally identifying information of Plaintiff; and

3. All parties shall submit pleadings, briefing, and evidence using Plaintiff's pseudonym instead of his real name and other personally identifying information.

Signed this _____ day of _____, 2021.

_____
Elizabeth S. Chestney
United States Magistrate Judge

1