IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| C.M., ON HIS OWN BEHALF AND ON BEHALF OF HIS MINOR CHILD, D.V.;<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | SA-21-CV-00234-JKP |

## ORDER

Before the Court in the above-styled cause of action is the parties' Stipulation and Motion to Enter Briefing Schedule [#16]. The parties' motion informs the Court that settlement discussions have reached an impasse and ask the Court to lift the stay, reopen this case, and enter an abbreviated briefing schedule to govern the filing of a motion to dismiss. On this day, the District Court granted the motion, lifted the stay, and reopened this case. The Court will now enter the requested abbreviated briefing schedule.

**IT IS THEREFORE ORDERED** that the following briefing schedule govern the filing of an initial motion to dismiss by the United States:

- The United States shall file its motion to dismiss on or before **February 20, 2022**.

- Plaintiffs shall respond to the United States' motion on or before **March 14, 2022**.

- The United States shall file its reply on or before **April 13, 2022**.

1

**IT IS SO ORDERED.**

SIGNED this 3rd day of January, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE