United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| C.M. on his own behalf and on behalf of his minor child, D.V.,<br><br>        Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>        Defendant. | Case No. SA-21-CV-00234-JKP-ESC |

Notice of Withdrawal of Counsel

Please take notice that Valerie Brender (SBN 298224) hereby withdraws as an attorney of record for Plaintiffs. Counsel for Plaintiffs otherwise remains the same.

Respectfully submitted,

Valerie Brender
RUKIN HYLAND & RIGGIN LLP

By: */s/ Valerie Brender*
Valerie Brender*
Peter Rukin*
Jessica Riggin*
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, California 94612
vbrender@rukinhyland.com
(415) 421-1800
(415) 421-1700 – Fax

*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was electronically filed via the Court's CM/ECF system which will send notice to the following:

Faith Johnson Lowry, Esq.
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216-5597
faith.johnson@usdoj.gov

*/s/ Valerie Brender*