IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| C.M., on his own behalf and on behalf of his minor child, D.V., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:21-cv-00234-JKP-ESC |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant, United States of America, by and through the United States Attorney for the Western District of Texas, hereby requests this Court substitute Assistant United States Attorney David Goode for Faith Lowry in this matter as lead counsel. Assistant United States Attorney Lowry should be terminated as counsel in this case. Defendant also requests Landon A. Wade be added as co-counsel in this matter.

It is therefore respectfully requested that the Clerk of the Court will please ensure that copies of all orders or notices entered in this matter are directed to Assistant United States Attorney David Goode as lead counsel and Assistant United States Attorney Landon A. Wade as co-counsel for Defendant:

David B. Goode
Assistant United States Attorney
Texas Bar No. 24106014
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
david.good@usdoj.gov
(512) 916-5850 (Phone)
(512) 916-5854 (Fax)

Landon A. Wade
Assistant United States Attorney
Texas Bar No. 24098560
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
landon.wade@usdoj.gov
(512) 370-1255 (Phone)
(512) 916-5854 (Fax)

Dated: January 24, 2023                             Respectfully submitted,

**Jaime Esparza**
United States Attorney

By:   */s/ David B. Goode*
**David B. Goode**
Assistant United States Attorney
State Bar No. 24106014
**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5850 (phone)
(512) 916-5854 (fax)
david.goode@usdoj.gov

*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs regarding this motion on January 24, 2023. Plaintiffs indicated that they have no objection to this motion.

*/s/ David B. Goode*
David B. Goode
Assistant United States Attorney

3