United States District Court
Western District of Texas
San Antonio Division

C.M. on his own behalf and on behalf of his minor child, D.V.,

    Plaintiffs,

v.

United States of America,

    Defendant.

Case No. 5:21-cv-00234-JKP-ESC

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter. The parties will file a stipulated motion to dismiss this case with prejudice, each party to bear its own costs and fees, once the minor's portion of the settlement is approved by a court of competent jurisdiction and the settlement funds are disbursed.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

    RESPECTFULLY SUBMITTED this 8th day of February, 2024.

| | |
|---|---|
| Allison C. Reppond<br>ASSISTANT UNITED STATES ATTORNEY<br><br>By: */s/ Allison C. Reppond (signed with permission)*<br>Allison C. Reppond<br>Assistant United States Attorneys<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101-3068<br>allison.reppond@usdoj.gov<br>(318) 676-3600<br>(318) 676-3642 - Fax<br><br>Attorney for Defendant | Peter Rukin<br>RUKIN HYLAND & RIGGIN LLP<br><br>By: */s/ Peter Rukin*<br>Peter Rukin\*<br>Jessica Riggin\*<br>RUKIN HYLAND & RIGGIN LLP<br>1939 Harrison Street, Suite 925<br>Oakland, California 94612<br>prukin@rukinhyland.com<br>(415) 421-1800<br>(415) 421-1700 – Fax<br><br>\**Admitted Pro Hac Vice*<br>Attorneys for Plaintiffs |

1

<div style="columns:2">

Malinda A. Gaul
LAW OFFICES OF GAUL AND DUMONT

By: */s/ Malinda A. Gaul (signed with permission)*
Malinda A. Gaul
Tex. Bar No. 08239800
LAW OFFICES OF
GAUL AND DUMONT
315 East Euclid Avenue
San Antonio, Texas 78212
malindag@swbell.net
(210) 225-0685
(210) 595-8340 – Fax

Attorneys for Plaintiffs

Javier Maldonado
LAW OFFICE OF JAVIER N. MALDONADO, PC

By: */s/ Javier Maldonado (signed with permission)*
Javier Maldonado
Tex. Bar No. 00794216
LAW OFFICE OF JAVIER N. MALDONADO, PC
8620 North New Braunfels, Suite 605
San Antonio, Texas 78217
jmaldonado.law@gmail.com
(210) 277-1603
(210) 587-4001- Fax

Attorneys for Plaintiffs

</div>

**CERTIFICATE OF SERVICE**

      I certify that on February 8, 2024, a true and correct copy of the foregoing Notice of Settlement was electronically filed via the Court's CM/ECF system which will send notice to the following:

Allison C. Reppond, Esq.
Assistant United States Attorneys
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3600 // Fax: (318) 676-3642
allison.reppond@usdoj.gov

                                                                                 */s/ Peter Rukin*