United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| C.M. on his own behalf and on behalf of his minor child, D.V.,<br><br>  Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>  Defendant. | Case No. 5:21-cv-00234-JKP-ESC |

## ORDER

Pending before the Court is the Plaintiff's Motion to Reopen and for Court Approval of Settlement of Minor's Claims (ECF No. 52). After reviewing the motion, the applicable law, and Plaintiffs' arguments, the Court GRANTS the motion.

IT IS ORDERED:

1. The Court hereby reopens this case and approves the settlement.

2. The Court approves the allocation of the settlement proceeds as requested between C.M. and D.V. ($105,000 to C.M., $45,000 to D.V.).

3. The Court approves placement of D.V.'s portion of the Settlement into a pooled minor's trust operated by Legacy Enhancement until C.V. reaches the age of 21.

4. The Court approves attorney's fees to The Law Office of Javier Maldonado, P.C. in the amount of $5,000, to be paid out of C.M.'s share of the settlement.

5. Plaintiff's counsel Peter Rukin shall coordinate with C.M. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of D.V. and shall report back to the Court once funding is completed.

Signed this 18th day of March 2024.

_____
UNITED STATES DISTRICT JUDGE