UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**C.M. on his own behalf and on behalf of his minor child, D.V.,**

    *Plaintiff*,

v.   Case No. 5:21-CV-0234-JKP

**UNITED STATES OF AMERICA,**

    *Defendant*.

## ORDER REGARDING SETTLEMENT

Before the Court is the status of this case. About a month ago, the Court reopened this case and approved a settlement between the parties. *See* ECF No. 53. The Notice of Settlement (ECF No. 49) filed by the parties indicates that they will file a stipulated motion to dismiss this case with prejudice once settlement has been approved and settlement funds have been disbursed. The motion to reopen and for court approval of settlement (ECF No. 52) indicates that Defendant must still obtain approval of the settlement by the Department of Justice. **Within thirty days of obtaining such settlement approval**, the parties shall make an appropriate case-closing filing. *See* Fed. R. Civ. P. 41. **On or before July 15, 2024**, Defendant shall file a Status Report indicating when such approval may be obtained if an appropriate case closing filing has not been made.

    **IT IS SO ORDERED this 15th day of April 2024.**

                                         */s/ Jason Pulliam*
                                        **JASON PULLIAM**
                                        **UNITED STATES DISTRICT JUDGE**