United States District Court
Western District of Texas
San Antonio Division

C.M. on his own behalf and on behalf of his
minor child, D.V.,

     Plaintiffs,

v.

United States of America,

     Defendant.

Case No. 5:21-cv-00234-JKP-ESC

## STIPULATION OF DISMISSAL WITH PREJUDICE

On March 18, 2024, the Court granted Plaintiffs' motion for settlement approval. *See* ECF No. 53. Plaintiffs' counsel has received the settlement funds from the Defendant United States of America, and the settlement funds were distributed to the plaintiffs pursuant to the terms of the settlement agreement and the Court's prior order. The parties therefore stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-numbered and captioned matter be and is hereby dismissed with prejudice.

Peter Rukin
RUKIN HYLAND & RIGGIN LLP

By: */s/ Peter Rukin*
    Peter Rukin*
    Jessica Riggin*
    RUKIN HYLAND & RIGGIN LLP
    1939 Harrison Street, Suite 925
    Oakland, California 94612
    prukin@rukinhyland.com
    (415) 421-1800
    (415) 421-1700 – Fax

    *Admitted Pro Hac Vice*
    Attorneys for Plaintiffs

MERRICK B. GARLAND
ATTORNEY GENERAL

Brandon B. Brown
United States Attorney

Allison C. Reppond, Esq.
Assistant United States Attorneys

By: /s/ Allison C. Reppond
    Allison C. Reppond
    300 Fannin Street, Suite 3201
    Shreveport, Louisiana 71101-3068
    (318) 676-3600 // Fax: (318) 676-3642
    1llison.reppond@usdoj.gov

2

2

Javier Maldonado
LAW OFFICE OF JAVIER N.
MALDONADO, PC


By: */s/ Javier Maldonado (signed with permission)*
    Javier Maldonado
    Tex. Bar No. 00794216
    LAW OFFICE OF JAVIER N.
    MALDONADO, PC
    8620 North New Braunfels, Suite 605
    San Antonio, Texas 78217
    jmaldonado.law@gmail.com
    (210) 277-1603
    (210) 587-4001- Fax

    Attorneys for Plaintiffs